# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 12CV81413 WPD

# The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

AO 240 (Rev. 06/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

FILED by _AP_ D.C.

JAN 11 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

Darrel Cummings
_____ )
Plaintiff )
v. )  Civil Action No. 12-81413-CIV-Dimitrouleas
New England Comp. Ctr., GEO Group Inc. )
_____ )
Defendant )

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: South Bay Correctional Facility .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are: N/A

My gross pay or wages are: $ -0- , and my take-home pay or wages are: $ -0- per
(specify pay period) _____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment     ☐ Yes   ☒ No
(b) Rent payments, interest, or dividends              ☐ Yes   ☒ No
(c) Pension, annuity, or life insurance payments       ☐ Yes   ☒ No
(d) Disability, or worker's compensation payments      ☐ Yes   ☒ No
(e) Gifts, or inheritances                             ☐ Yes   ☒ No
(f) Any other sources                                  ☐ Yes   ☒ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

AO 240 (Rev. 06/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ −0−  .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*: N/A

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*: N/A

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support: NONE

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*: NONE

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 12/20/12

_____
Applicant's signature

DARREL CUMMINGS
Printed name

IN THE UNITED STATES DISTRICT COURT
FOR THE _Southern_ DISTRICT OF FLORIDA
_____ _Miami_ _____ DIVISION


_Darrell Cummings_,
Inmate # _088532_.
Plaintiff/Petitioner

vs.                                                         CASE NO: _____

_New England Compounding Center,_
_GEO. Group Inc., Et. Al.,_
_____.

_____.
Defendant(s)/Respondent(s).

_____/


## PRISONER CONSENT FORM AND FINANCIAL CERTIFICATE

I, _Darrell Cummings_, plaintiff/petitioner in the above-entitled action, understand that:

1. If I submit a petition for writ of habeas corpus in this court, the filing fee is $5.00. I must pay such fee if my current prison account balance, my average account balance, or the average of my monthly deposits is $25.00 or more. I must request an authorized official to complete the attached Financial Certificate and I must attach a print-out reflecting all transactions in my inmate bank account for the full six (6) month period of time preceding the filing of this complaint. [See paragraph 2(a)].

2. If I submit a civil rights complaint or other civil action, the filing fee is $350.00. If my current account balance is more than $400.00, I will not qualify for *in forma pauperis* status. I must pay the full $350.00 filing fee before the Court will consider the merits of my complaint. I must request an authorized official to complete the attached Financial Certificate and I must attach a print-out reflecting all transactions in my inmate bank account for the full six (6) month period of time preceding the filing of this complaint.

   (a) If I have not been incarcerated at my current institution for six months, I must obtain an account statement from each facility at which I have been confined during the relevant six month period of time. Failure to submit the required account statements may result in the denial of this *in forma pauperis* application.

   (b) Pursuant to the Prison Litigation Reform Act of 1995, 28 U.S.C. § 1915 (as amended), even if I am granted leave to proceed *in forma pauperis*, I must pay the entire $350.00 filing fee in full. I AM OBLIGATED TO PAY THE ENTIRE $350.00 FILING FEE REGARDLESS OF THE DISPOSITION OF THIS CASE (including dismissal).

(c) If I am allowed to proceed *in forma pauperis*, I may still be required to submit an initial partial filing fee. 28 U.S.C. § 1915(b)(1). My failure to submit an initial partial filing fee, if assessed, may result in the dismissal of this case and the inability to proceed *in forma pauperis* in the future.

(d) The officials at the institution at which I am presently confined or any institution to which I may be transferred are hereby authorized to make additional monthly payments from my account until the balance of the $350.00 filing fee is paid. These additional monthly payments will be up to 20% of all the preceding month's deposits in my account. Institution officials shall submit these monthly payments directly to the Court whenever the funds in my account exceed $10.00. I recognize my responsibility to alert officials at any institution to which I may be transferred in the future of my obligation to pay the full amount of the filing fee. I acknowledge that the Court may, from time to time, require me to provide additional financial records or account statements.

_____   10-30-12
**SIGNATURE OF PLAINTIFF**           **DATE**

Darrel Cummings            088532
**PRINTED NAME OF PLAINTIFF**       **INMATE NUMBER**

\*\* It is the inmate's responsibility to obtain the required print-out(s) from each institution at which he or she may have been confined during the preceding six months and provide them to the official completing this form.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**FINANCIAL CERTIFICATE**

(To be complete by Authorized Penal Official)

A PRINTOUT OF ALL TRANSACTIONS IN THE INMATE'S
PRISON ACCOUNT FOR THE PRECEDING SIX (6) MONTHS **MUST** BE ATTACHED.

1. Current Account Balance:                             – 0 –
2. Average Monthly Balance for preceding 6 months:      _____
3. Average Monthly Deposits for preceding 6 months:     _____

I hereby certify that, as of this date, the above information for the prison account of the inmate named above is correct.

_____   11·1·12
**SIGNATURE OF AUTHORIZED OFFICIAL**    **DATE**

PLEASE COMPLETE THIS FORM IN INK, IN A COLOR OTHER THAN BLACK.

Revised 04/06

2

Inmate Account History

ID#: 088532
Name: CUMMINGS, DARREL W
Date of birth:
Location: MED - -

5/1/2012 - 11/1/2012

| Available | + Encumbered | =Account Balance |
|---|---|---|
| 0.00 | 0.00 | 0.00 |

Account activity:

| Date | Transaction Type | Transaction Description | Amount | Resulting Balances |||
|---|---|---|---|---|---|---|
| | | | | Available | Debt | Encumbered |
| 5/23/2012 | LEGAL POSTAGE | LEGAL MAIL POSTAGE/3-16-12 | 2.21 | 0.00 | 30.62 | 0.00 |
| 5/29/2012 | LEGAL POSTAGE | LEGAL MAIL POSTAGE/04-17-2012 | 0.90 | 0.00 | 31.52 | 0.00 |
| 6/6/2012 | LEG LIBRARY COP | NON CRIMINAL LEGAL COPIES 5-16-12 | 2.10 | 0.00 | 33.62 | 0.00 |

Due to computer posting the 'Balances as of 11/1/2012' may not reflect all trransactions posted for this period. Carefully review the information on this statement. If you question or dispute any item you must submit a request form to the inmate accounts office within 30 days.

Printed 11/1/2012 at 12:53:18PM        Page 1 of 1

South Bay Correctional

Inmate Statment for 11/1/2012 - 11/30/2012

ID#:  088532

Name: CUMMINGS, DARREL W

Date of birth:

Location: B - 2 - 103L

Balances as of 11/30/2012 :

| Available | + Encumbered | = Account Balance |
|---|---|---|
| 0.00 | 0.00 | 0.00 |

Account activity:

| Date | Transaction Type | Transaction Description | Amount | Resulting Balances ||| 
|---|---|---|---|---|---|---|
| | | | | Available | Debt | Encumbered |

No activity this period.

Due to computer posting the 'Balances as of 11/30/2012' may not reflect all trransactions posted for this period. Carefully review the information on this statement. If you question or dispute any item you must submit a request form to the inmate accounts office within 30 days.

Printed 12/2/2012 at 8:44:56AM     Page 1 of 1

25920P01-00001 rev 01

DARREL CUMMINGS #088532
SOUTHBAY CORRECTIONAL FACILITY
P.O. BOX 7171
SOUTHBAY, FL. 33493

USMS INSPECTED
RECEIVED
WEST PALM BCH FL 334
26 DEC 2012 PM 1
DEC 26 2012 10:58 AM

FEDERAL COURTHOUSE SQUARE
400 N. MIAMI AVE 8FL
MIAMI, FLA 33128

REC'D by _____ D.C.
DEC 26 2012
STEVEN M. LARIMORE
CLERK U.S DIST. CT.
S. D. of FLA - MIAMI