```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO. 12-81413-CIV-DIMITROULEAS
                              MAGISTRATE JUDGE P. A. WHITE
```

DARREL CUMMINGS,                :

    Plaintiff,              :

v.                              :       <u>ORDER RE SERVICE OF</u>
                                                  <u>PROCESS REQUIRING PERSONAL</u>
NEW ENGLAND COMPOUNDING         :       <u>SERVICE UPON AN INDIVIDUAL</u>
CENTER, et al.,
                                :
    Defendants.
_____  :

    The plaintiff in the above-captioned civil action is proceeding <u>in forma pauperis</u>.

    <u>Fed.R.Civ.P.</u> 4(e) provides that service shall be effected, as follows:

> (e) SERVICE UPON INDIVIDUALS WITHIN A JUDICIAL DISTRICT OF THE UNITED STATES. Unless otherwise provided by federal law, service upon an individual from whom a waiver has not been obtained and filed, other than an infant or an incompetent person, may be effected in any judicial district of the United States.
>
>> (1) pursuant to the law of the state in which the district court is located, or in which service is effected, for the service of a summons upon the defendant in an action brought in the courts of general jurisdiction of the State; or
>>
>> (2) by delivering a copy of the summons and of the complaint to the individual personally or by leaving copies thereof at the individual's dwelling house or usual place of abode with some person of suitable

            age and discretion then residing therein or by delivering a copy of the summons and of the complaint to an agent authorized by appointment or by law to receive service of process.

The plaintiff has been permitted to proceed *in forma pauperis* and is therefore entitled to service of process at public expense.

Thereupon, it is

ORDERED AND ADJUDGED that the United States Marshal shall serve a copy of the complaint and appropriate summons upon:

| | |
|---|---|
| Dr. J. Dauphin | Dr. Jules Heller |
| Physician | Medical Director |
| South Bay Correctional Facility | South Bay Correctional Facility |
| 600 U.S. Highway 27 | 600 U.S. Highway 27 |
| South Bay, FL 33493 | South Bay, FL 33493 |

**IN THE EVENT THAT <u>PERSONAL</u> SERVICE CANNOT BE EFFECTED UPON ANY OF THE NAMED DEFENDANTS, THE MARSHAL IS DIRECTED TO MAKE SUBSTITUTED SERVICE UPON A RANKING OFFICER AVAILABLE TO ACCEPT SERVICE AT THE DEFENDANT'S AGENCY/PLACE OF EMPLOYMENT. <u>WHEN DOING SO, THE MARSHAL SHALL MAKE CLEAR AND SPECIFIC NOTATIONS ON THE "PROCESS RECEIPT AND RETURN," WHICH RECORD THE ACCEPTING OFFICER'S FULL NAME, TITLE, AND BADGE NUMBER, IN ADDITION TO THE MARSHAL'S REMARKS EXPLAINING THE REASON THAT THE NAMED INDIVIDUAL COULD NOT PERSONALLY BE SERVED</u>.**

DONE AND ORDERED at Miami, Florida, this 15th day of February, 2013.

        **s/Patrick A. White**
        UNITED STATES MAGISTRATE JUDGE

cc: Darrel Cummings, <u>Pro Se</u>
    DC #088532
    South Bay Correctional Facility
    600 U.S. Highway 27 South
    South Bay, FL 33493

    United States Marshal