IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

DARREL CUMMINGS
Inmate # 088532

FILED by _____ D.C.
MAR - 1 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA – MIAMI

Vs.                                         CASE NUMBER: 9:12-CV-81413WPD

NEW ENGLAND COMPOUNDING CENTER, CEO., BARRY CADEN,
GEO GROUP INC., TOM LEVINS, WARDEN,
MS. N. FINNISSE, MSM, HAS,
DR. J. DAUPHIN, D.O.,
DR. JULES HELLER, M.D.,
DR. ROBERT LINS, M.D.,
OFFICER MCINTIRE, CO1,
    Defendant(s)
_____/

## PLAINTIFF'S OBJECTIONS TO THE MAGISTRATES REPORT

## SUPPLEMENTAL ATTACHMENT OF GRIEVANCES

Supplemental Grievance are in Sequence of numbered paragraphs to Initial Attachments and claims as follows:

**M. Grievance Log# 12-6-39652**

**N. Grievance Log# 12-6-40195**

Darrell Cummings DC# 088532          2/26/13
South Bay Corr. Facility
P. O. Box 7171
South Bay, FL 33493

# EXHIBIT - "M"

MAILED/FILED
WITH AGENCY CLERK

JAN 29 2013

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| CUMMINGS DARREL | 088532 | 12-6-39652 | SOUTH BAY C.F. | B2103L |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Appeal Denied:

Your request for administrative remedy was received at this office and it was carefully evaluated. Records available to this office were also reviewed.

Please be advised that this office cannot corroborate your allegations against the health care staff.

It is the responsibility of your Chief Health Officer to determine the appropriate treatment regimen for the condition you are experiencing including passes, specialty consults, and prescription medications.

You are encouraged to cooperate with your health care staff by following the treatment regimen prescribed.

Should you experience problems, sick call is available so that you may present your concerns to your health care staff.

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Ebony O. Harvey IISC

SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE

1/24/13
DATE

COPY DISTRIBUTION - INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**RECEIVED**
DEC 11 2012
DEPARTMENT OF CORRECTIONS
INMATE GRIEVANCES

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

TO: ☐ Warden  ☐ Assistant Warden  ☑ Secretary, Florida Department

From: CUMMINGS DARREL
Last    First    Middle Initial

Number: 088532
Institution: SBCF

12-6-39652

Part A – Inmate Grievance

I TOTALLY DISAGREE WITH DR. HELLER AND THE WARDENS RESPONSES IN THAT, THE ULTIMATE ISSUE OF THERE BLATANT DISREGARD OF ME NOT BEING ABLE TO STAND OR WALK WITHOUT EXCRUCIATING PAIN OR EVEN ACCOMPLISH MY DAILY ROUTINES WITHOUT EXTREME DIFFICULTY IS NOT BEING ADDRESSED. FOR EXAMPLE IN DR. HELLER'S RESPONSE THIS SPECIFIC COMPLAINT IS IGNORED.

AS A MATTER OF FACT SURGERY IS NOT A CONSIDERATION, NOR HAVE I RECEIVED ANY CONSULT FOR SURGERY. INSTEAD I'VE ONLY BEEN RECOMMENDED TO RECEIVE ANOTHER M.R.I., AS IF MY SERIOUS SPINAL INJURIES INDICATED ON THE FIRST M.R.I. HAS HEALED ITSELF. EVEN AFTER THIS PROCESS IS COMPLETED I'VE BEEN INFORMED BY DR. HELLER THAT THEY MAY ORDER FACET INJECTIONS. THE EPIDURAL INJECTIONS OF WHICH I DISAGREED WITH HAS CAUSED ME TO BE VIRTUALLY PARALYZED. TO FURTHER CONTINUE TO LEAVE MY INJURY UNTREATED AND UNREPAIRED, AT THE RATE OF ITS DETERIORATION WILL PERMANENTLY PARALYZE ME. BY THE OFFICE OF THE SECRETARY NOT INTERVENING IN THIS SITUATION, AND PERMITTING THIS FACILITY TO DELIBERATELY PROLONG AND DELAY ADEQUATE TREATMENT FOR INJURY, AND OF WHICH I HAVE NOT RECEIVED ANY ADEQUATE MEDICATION FOR PAIN. THE SECRETARY IS LIABLE FOR NOT TAKING ANY ACTION WHERE THEY HAVE BEEN THOROUGHLY INFORMED OF THIS MATTER.

12/3/12
DATE

SIGNATURE OF GRIEVANT AND D.C. #  088532

INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: _____ / _____

# EXHIBIT - "N"

MAILED/FILED
WITH AGENCY CLERK

JAN 1 0 2013

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| CUMMINGS, DARREL | 088532 | 12-6-40195 | SOUTH BAY C.F. | B2103L |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your administrative appeal has been reviewed and evaluated. The response that you received at the institutional level has been reviewed and is found to appropriately address the concerns that you raised at the institutional level as well as the Central Office level.

Furthermore, the institution was contacted and B. Williams advised the Colonel misunderstood the word "hell" for "fell" and that is why he answered that way.

According to Office McIntyre she did tell you to get out of the chair, without using profanity, because she was not aware of your condition at the time or that another officer had advised you to sit in the chair. However, when you advised her of your condition after you attempted to get up and walk and could not she provided you another chair. She did not treat you with deliberate indifference; she did not have full knowledge of the situation.

Your administrative appeal is denied.

E. Stine

_____   E. Stine   1/7/13
SIGNATURE AND TYPED OR PRINTED NAME   SIGNATURE OF WARDEN, ASST. WARDEN, OR   DATE
OF EMPLOYEE RESPONDING   SECRETARY'S REPRESENTATIVE

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**RECEIVED**
DEC 17 2012
DEPARTMENT OF CORRECTIONS
INMATE GRIEVANCES

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

TO: ☐ Warden   ☐ Assistant Warden   ☑ Secretary, Florida Department of Corrections

From: Cummings   Darrel   088532   SBCF
Last   First   Middle Initial   Number   Institution

Part A – Inmate Grievance   12-6-40195

Contrary to P. Cardenas, Chief of Security Response, and Warden Levins, that Sgt. Scott was interviewed and stated that all my allegations are untrue...

What is clearly apparent is that Sgt. Scott's response contradicts Officer McIntire statement taken on 10/26/12, in Grievance Log # 12-2102. Officer McIntire by her own statement said, "[she] notified medical of my emergency..." Sgt. Scott, on the other hand stated that, "Immediately upon being notified by Officer McIntire, he notified medical..."

Further I never stated "I fell out of chair." I specifically stated, she re-ordered me to get the hell out of her chair." This was done after I declared medical emergency to Sgt. Scott, I fell into chair and he then notified medical of emergency. Sgt. Scott ordered me to stay in chair. When I informed Ofc. McIntire of this order she again stated "she didn't give a damn and to get my butt (ass) out of her chair," and I almost fell to the floor but rather fell into the door aggravating my injury and causing me excruciating pain.

Its obvious that Warden Levins, and Col. Cardenas are ignoring the clear facts of deliberate indifference of officer McIntire, which were wanton and unnecessary. Acts of which warrants Administrative Remedy at this level.

12/10/12
DATE

[signature] 088532
SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: ___ / ___

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

**INMATE REQUEST**

(Instructions on Back)

Mail Number: _____
Team Number: _____
Institution: S.B.C.F

12-2109

TO: (Check One)
[X] Warden
[ ] Asst. Warden
[ ] Classification
[ ] Security
[ ] Medical
[ ] Dental
[ ] Other

**RECEIVED** OCT 24 AM GRIEVANCE CLERK

FROM:
Inmate Name: Cummings, Darrel
DC Number: 068532
Quarters: G2 102 L
Job Assignment: Houseman
Date: 10-4-12

REQUEST Informal Grievance                    Pursuant 33-103.015(4)

Ofc. McIntire, of C-Dorm at approximate 8:15 A.M. "After I declared medical emergency" to Dorm Sgt., who advised me to sit down in chair before I fell from chronic and severe back and leg pains. Ofc. McIntire, contrary to declare emergency and Sgt. orders very belligerantly re-ordered me to, "Get the hell out of 'Her' Chair." When informed that the Sgt. ordered me to sit because I could walk or stand maybe do to previous surgery. She then notoriously stated, "She didn't give a damn and to get my shit out of her chair." As I struggled to get out of the chair in chronic pain, unassisted by her, and with her hands on her hips I almost fell! This officers behavior was deliberate indifference to my serious medical need and a danger to my health and safety. She put me at substantial risk of further injury unnecessarily, and is a risk to security, normal care custody and civil control. Lt. G. Buss, approved the writing of this grievance.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

[signature] 068532

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                                           **DATE RECEIVED:** _____

Officer McIntyre was interviewed and by her statement, Officer McIntyre followed protocol in notifying medical of your emergency. You received treatment in a timely manner. Your grievance is denied.

[The following pertains to informal grievances only:]
Based on the above information, your grievance is _____ (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

Official (Signature): [signature] Lieutenant            Date: Oct 26 12

Distribution: White - Returned to Inmate       Pink - Retained by official responding, or if the response is to an
              Canary - Returned to Inmate             informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

**PART B - RESPONSE**

| CUMMINGS, DARREL | 088532 | 1211-405-006 | SOUTH BAY C.F. | B2103L |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

YOUR REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL HAS BEEN RECEIVED AND EVALUATED.

YOUR COMPLAINT IS THAT OFFICER MCINTYRE WAS DELIBERATELY INDIFFERENT TO YOUR SERUIOUS MEDICAL NEEDS WHICH PUT YOU AT A SUBSTANTIAL RISK OF FURTHER INJURY.

SGT. SCOTT WAS INTERVIEWED AND STATED THAT ALL YOUR ALLEGATIONS ARE UNTRUE; THAT IMMEDIATELY UPON BEING NOTIFIED BY OFFICER MCINTYRE, HE NOTIFIED MEDICAL AND MEDICAL WAS DISPATCHED. HE FURTHER STATED THAT YOU NEVER FELL OFF THE CHAIR AND THAT OFFICER MCINTYRE WAS VERY PROFESSIONAL DURING THE ENTIRE INCIDENT.

BASED ON THE ABOVE INFORMATION, YOUR GRIEVANCE IS DENIED.

YOU MAY OBTAIN FURTHER ADMINISTRATIVE REVIEW OF YOUR COMPLAINT BY OBTAINING FORM DC1-303, REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL, COMPLETING THE FORM, PROVIDING ATTACHMENTS AS REQUIRED BY 33-103.007(3)(A) AND (B), F.A.C., AND FORWARDING YOUR COMPLAINT TO THE BUREAU OF POLICY MANAGEMENT AND INMATE APPEALS, 501 SOUTH CALHOUN STREET, TALLAHASSEE, FLORIDA 32399-2500.

P. Cardenas, Chief of Security

| _____ | _____ | 12/6/2012 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding

**STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS**

1211-405-086
Col.

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED
NOV 01 2012
GRIEVANCE COORDINATOR

TO: ☑ Warden  ☐ Assistant Warden  ☐ Secretary, Florida Department of Corrections

From: Cummings  Darrel         088532        S.B.C.F
      Last    First  Middle Initial   Number        Institution

---

**Part A – Inmate Grievance**

I disagree with response in regards to officer McIntire conduct in Grievance Log #12-2102, basicly because it is absolutely untrue, where it is stated that, "...by her statement, officer McIntire followed protocol in notifying medical of your emergency you received treatment in a timely manner..." When certain things or statement can be proven lies, because of other officials involvement, all emergency situations are as well documented upon the initial dispatch with Central Control, and the Medical Dept, which by law must be recorded. And those records are being to show that, the G-dormitory sergeant (Scott), personally notified medical of my emergency, and that I was specifically taken to Medical by Nurse Jones, Nurse Bennett and Nurse Trimble all of which will confirm that at no time on 10-4-12 at approximately 8:45am, did officer McIntire notify the Medical Department in the case of my emergency. It is a lie that I will not tolerate by the way she treated me like an animal when I was suffering and is currently still suffer inside of the medical infirmary.
    This Grievance is being submitted to exhaust administrative remedy because officer McIntire was deliberately indifferent to my serious medical needs which caused me unnecessary and wanton infliction of pain excruciating which caused colapse. She was further maliciously and sadistically acting for the very purpose of causing more harm, which put me at a substantial risk of further injury. Seek administrative remedy A.S.A.P. to pursue civil litigations.

10-29-12
DATE                                          SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:  1
                                                                       #      Signature

INSTRUCTIONS