IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 9: 12-CV-81413- WPD

DARREL CUMMINGS
Inmate # 088532

Vs.

NEW ENGLAND COMPOUNDING CENTER, CEO., BARRY CADEN,
GEO GROUP INC.,TOM LEVINS, WARDEN,
MS. N. FINNISSE, MSM, HSA,
DR. J. DAUPHIN, D.O.,
DR. JULES HELLER, M.D.,
DR. ROBERT LINS, M.D.,
OFFICER MCINTIRE, CO1,
    Defendant(s)
_____/

FILED by____ D.C.
MAR 06 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

**PLAINTIFF'S MOTION TO CORRECT CLERICAL ERROR
ON PLAINTIFF'S OBJECTION TO MAGISTRATE REPORT**

COMES NOW, Plaintiff, Darrel Cummings, pro se, hereby files a Motion to Correct Clerical Errors in, "Plaintiff Objections to the Magistrate Report and Recommendation submitted on February 26, 2013. The correction should be made as follows:

1. On page 3 of 15, Line 7., the date of <u>August 26, 2010</u> is incorrect. The correct date is actual, <u>August 26, 2011</u>.

2. On Page 8 of 15, Line 8, the date of <u>April 10, 2012</u> is incorrect. However, the correction date is actual, <u>April 10, 2010</u>. If this Honorable Court would take notices. Plaintiff respectfully request the court to supplement the above mentioned errors.

<u>3/4/13</u>
Date

                                                         Respectfully Submitted,

                                                         Darrel Cummings DC# 088532
                                                         South Bay Corr. Fac.
                                                         P.O. Box 7171
                                                         South Bay, FL. 33493