7757

UNITED STATES DISTRICT COURT
Southern District of Florida

Case No. 12-81413-CIV-DIMITOULEAS
MAGISTRATE JUDGE P.A. WHITE

DARREL CUMMINGS,

    Plaintiff,

vs.

NEW ENGLAND COMPOUNDING CENTER, et. al.

    Defendants.

_____/

## DEFENDANT, DR. JULES HELLER'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

COMES NOW, the Defendant, DR. JULES HELLER (hereafter "HELLER"), by and through his undersigned counsel, and files his Answer and Affirmative Defenses to Plaintiff's Complaint dated December 20, 2012 as follows:

### STATEMENT OF FACTS

1-168.    Defendant HELLER denies the allegations contained in paragraphs 1 through 168 of Plaintiff's Complaint.

### STATEMENT OF CLAIM

Defendant, HELLER, denies that Plaintiff's rights were violated.

### RELIEF REQUESTED

Defendant, HELLER, denies the allegations and claims raised by Plaintiff under this section.

Case 9:12-cv-81413-WPD   Document 27   Entered on FLSD Docket 04/11/2013   Page 2 of 4

Cummings v. Heller, et al.
Case No.: 12-cv-81413
Defendant, Heller's Answers & Affirmative Defenses
Page 2

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint is a medical malpractice claim and is barred based upon Fla. Stat. § 766.106 and therefore should be dismissed.

### SECOND AFFIRMATIVE DEFENSE

The allegations against the Defendant, HELLER, does not rise to the level of a constitutional claim in that the allegations in Plaintiff's statement of facts and statement of claim are nothing more than a disagreement over the medical care that he received.

### THIRD AFFIRMATIVE DEFENSE

At all times material hereto, the Defendant, HELLER, acted in good faith when dealing with the allegations in the Plaintiff's Complaint.

### FOURTH AFFIRMATIVE DEFENSE

The Plaintiff's Complaint fails to state a cause of action against the Defendant, HELLER.

### FIFTH AFFIRMATIVE DEFENSE

The Plaintiff has failed to comply with any and all conditions precedent to bringing these claims against the Defendant, HELLER, and his claims against Defendant, HELLER, are therefore precluded.

### SIXTH AFFIRMATIVE DEFENSE

The Plaintiff has failed to comply with any and all administrative procedures prior to bringing these claims against the Defendant, HELLER, and his claims against HELLER are therefore precluded.

### SEVENTH AFFIRMATIVE DEFENSE

The Plaintiff has failed to comply with any and all grievance procedures before bringing his claims against the Defendant, HELLER, and his claims against the Defendant, HELLER are therefore precluded.

### EIGHTH AFFIRMATIVE DEFENSE

The negligence of the Plaintiff was the sole legal cause of any loss, injuries or damage to Plaintiff and, therefore, Plaintiff is precluded from recovery herein.

### NINTH AFFIRMATIVE DEFENSE

Plaintiff failed to mitigate his damages.

### TENTH AFFIRMATIVE DEFENSE

That at all times material hereto, the doctrine of comparative fault was applicable to the Plaintiff's lawsuit and, therefore, the Plaintiff's alleged claims for damages against the Defendant, HELLER, should be reduced and/or extinguished pursuant to the doctrine of comparative fault.

Cummings v. Heller, et al.
Case No.: 12-cv-81413
Defendant, Heller's Answers & Affirmative Defenses
Page 4

## DEMAND FOR JURY TRIAL

Defendant, HELLER, demands trial by jury on all issues so triable as of right.

By  s/Gregory A. Kummerlen
Gregory A. Kummerlen, Esquire
Florida Bar No. 595691
Attorneys for Heller
WIEDERHOLD, MOSES, KUMMERLEN
 & WARONICKI, P.A.
560 Village Blvd., Suite 240
West Palm Beach, Florida 33409
561-615-6775; Fax: 561-615-7225
Gkummerlen@wmrfla.com

I HEREBY CERTIFY that on this 11th day of April, 2013 I electronically filed the foregoing with the Clerk of the Southern District Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participant: Darrel Cummings, DC #088532, South Bay Correctional Facility, P.O. Box 7171, South Bay, FL 33493-7171.

By  s/Gregory A. Kummerlen
Gregory A. Kummerlen, Esquire
Florida Bar No. 595691
Attorneys for Heller
WIEDERHOLD, MOSES, KUMMERLEN
 & WARONICKI, P.A.
560 Village Blvd., Suite 240
West Palm Beach, Florida 33409
561-615-6775; Fax: 561-615-7225
Gkummerlen@wmrfla.com